UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| CANDACE E. ALSTON<br><br>Plaintiff,<br><br>vs.<br><br>VIRGINIA HERITAGE BANK<br><br>Defendant. | Civil Acton No. 8:14-CV-00656-RWT |

## STIPULATION OF DISMISSAL
## UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Candace E. Alston voluntarily dismisses all claims against Defendant Virginia Heritage Bank, **with prejudice**.

Date: May 2, 2014

Respectfully submitted,

/s/ John D. Sadler
John D. Sadler
Jessica Hepburn Sadler
BALLARD SPAHR LLP
4800 Montgomery Lane, 7th Floor
Bethesda, Maryland 20814
301-664-6200
sadlerj@ballardspahr.com
sadlerjh@ballardspahr.com

/s/ Candace E. Alston
Candace E. Alston, Pro Se Plaintiff
10012 Cedarhollow Lane
Largo, Maryland 20774

"APPROVED" THIS 5th DAY
of May, 2014.

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE


5-2-14